# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**MADIE E. GAINOUS,**

    **Plaintiff,**

**vs.**                                                                                **CASE NO. 1:09CV2-MP/AK**

**MICHAEL J. ASTRUE,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court is Defendant's Motion for Enlargement of Time to file an answer. (Doc. 5). Having considered said motion, which is unopposed, the Court is of the opinion that it should be **GRANTED**, and Defendants shall have thirty days from this date within which to file an answer.

**DONE AND ORDERED** this *12th* day of March, 2009.

                          *s/ A. KORNBLUM*
                          **ALLAN KORNBLUM**
                          **UNITED STATES MAGISTRATE JUDGE**