IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MADIE E. GAINOUS,**

    **Plaintiff,**

**vs.**                                                      **CASE NO. 1:09CV2-MP/AK**

**MICHAEL J. ASTRUE,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court is Defendant's Second Motion for Enlargement of Time to file an answer. (Doc. 7). Having considered said motion, which is unopposed, the Court is of the opinion that it should be **GRANTED**, and Defendants shall have fifteen (15) days from this date within which to file an answer.

**DONE AND ORDERED** this ___**16**$^{th}$___ day of April, 2009.

                                              _s/ A. KORNBLUM_
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**